UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EBRAHIM NEJAD,

    Plaintiff,

  v.                                      Civil No. 07-492-HA

                                          JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

    IT IS ORDERED AND ADJUDGED that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner denying plaintiff Ebrahim Nejad's application for benefits is REVERSED AND REMANDED FOR FURTHER PROCEEDINGS.

    IT IS SO ORDERED.

    DATED this __30__ day of September, 2008.

                                                      /s/ Ancer L. Haggerty
                                                        Ancer L. Haggerty
                                                   United States District Judge

1- JUDGMENT