FILED'08 DEC 09 11:22 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Ebrahim Nejad,
    Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

CV# 07-492-HA

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5358.19 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to plaintiff's attorney, the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are to be paid.

DATED this  9  day of December, 2008.

Ancer L. Haggerty
United States District Judge